```
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney
     Social Security Administration
     160 Spear St., Suite 800
     San Francisco, CA  94105
     Telephone: (415) 977-8946
     Facsimile: (415) 744-0134
     Email: annabelle.yang@ssa.gov
Attorneys for Defendant
```

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE CALKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-02526-JLS-AFM<br><br>~~[PROPOSED]~~ **JUDGMENT OF REMAND** |

-1-

1	The Court having approved the parties' Stipulation to Voluntary Remand
2	Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3	("Stipulation to Remand") lodged concurrent with the lodging of the within
4	Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5	**DECREED** that the above-captioned action is remanded to the Commissioner of
6	Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  4/5/2021

HON. ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE